IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| JOHN P. WARD, | Civil No. 04-1725-AS |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>Defendant | |

Based on the stipulation between the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $3,071.25, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 30 day of January, 2006.

/s/
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ David M. Blume
DAVID M. BLUME
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2212

ORDER [04-1725-AS]